## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

IN RE SKANSKA USA CIVIL
SOUTHEAST INC AND SKANSKA
USA INC, AS OWNERS OF THE
BARGE KS 5531 PRAYING FOR           CASE NO.  3:20-cv-5980-RV/MJF
EXONERATION FROM OR FOR
LIMITATION OF LIABILITY

## REFERRAL AND ORDER

Referred to Judge Vinson on    2/8/2021
Type of Motion/Pleading        Motion to Consolidate Cases

Filed by:    Plaintiff      on   2/5/2021              Doc. No.   8
__X__   Stipulated/Consented/Joint Pleading/Unopposed
Response:                      on                      Doc. No.

JESSICA J. LYUBLANOVITS
CLERK OF COURT
/s/   *Jeremy Wright*
Deputy Clerk

## ORDER

Upon consideration of the foregoing, it is ORDERED this 15th day of February, 2021, that:

(a) The requested relief is GRANTED, as the motion is consented/unopposed and the cases appear to involve narrow legal issues common to all.

(b) The following cases shall be consolidated into this first-filed case for purposes of discovery and pretrial legal rulings:

3:20-cv-05981-RV-EMT
3:20-cv-05982-RV-HTC
3:20-cv-05983-RV-MJF
3:20-cv-05984-RV-HTC

3:21-cv-00044-RV-EMT
3:21-cv-00045-RV-EMT
3:21-cv-00047-RV-EMT
3:21-cv-00048-RV-EMT
3:21-cv-00050-RV-EMT
3:21-cv-00051-RV-HTC
3:21-cv-00052-RV-EMT
3:21-cv-00053-RV-EMT
3:21-cv-00054-RV-EMT
3:21-cv-00055-RV-HTC
3:21-cv-00056-RV-EMT
3:21-cv-00057-RV-MJF
3:21-cv-00058-RV-HTC
3:21-cv-00060-RV-HTC
3:21-cv-00061-RV-MJF
3:21-cv-00062-RV-HTC
3:21-cv-00063-RV-HTC

      /s/ Roger Vinson
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE